### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIONTAE LAWAYNE PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. CIV-25-0538-HE |
| ) | |
| TOMMY LEWIS, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

On July 23, 2025, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #9], recommending dismissal of this action without prejudice due to plaintiff's failure to follow the court's orders and rules.

Magistrate Judge Stephens advised plaintiff of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due by August 13, 2025. To date, no objection has been filed. Plaintiff therefore has waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #9]. This 42 U.S.C. § 1983 action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b), for plaintiff's failure to comply with the court's orders and rules.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE